Received Pro Se Office
Dec.20th.2023
4:04pm

United States District Court
For the Eastern District of New York

- - - - - - - - - - - - - - - - - - - - - - - - - :

Richard Thomas

Richard Thomas
(As Administrator of the Estate of Vesta Thomas)

Plaintiff(s),

**Amended
Complaint**

- against -

**EDNY Civil Action No.** 1:23-cv-01271-HG-JAM
**NYS Supreme Court (Kings County)**
**Index No.** 500757/2023

Amazon.com Services LLC,
Amazon.com, Inc.,
Jeffrey P. Bezos (Executive Chair)
Andrew R. Jassy (President, CEO and Director of Amazon.com, Inc.),
Ayanna Byrd (Human Resources),
Danilo Castro (Manager),
Raymond Roach (Director),

Defendant(s)

- - - - - - - - - - - - - - - - - - - - - - - - - :

The following pleading is true to the knowledge of the deponent Richard Thomas, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, he believes it to be true:

1. **The post office address of the plaintiff is:** 158 Liden Blvd. Apt. #9, Brooklyn, New York 11226.

2. **This complaint arises from the acts or omissions of the defendant. Details of said acts or omissions are as follows:**

3. **Amazon and The President & CEO Andrew R. Jassy, and former CEO Jeff Bezos, and other employees of Amazon are guilty of a misdemeanor for failing to pay benefits or wage supplements pursuant to NYS Labor Law sect. 198c.**

    A. Amazon and the President & CEO Andrew R. Jassy failed to pay the plaintiff sick day pay since 2020, which is an average of $4,500 (for years 2020, 2021, 2022, and 2023). The plaintiff is seeking treble damages in the amount of $13,500.

**B.** Amazon and the President & CEO Andrew R. Jassy failed to give the plaintiff the notice required by subdivision one (1) of NYS Labor Law section 195. The Plaintiff seeks $5,000.

**C.** Amazon and the President & CEO Andrew R. Jassy failed to give the plaintiff the statements required by subdivision three (3) of NYS Labor Law section 195. The Plaintiff seeks $5,000 or $20,000 (for years 2020, 2021, 2022, and 2023).

## 4. Conscious Pain & Suffering and Emotional Distress for Richard Thomas and the Estate of Vesta Thomas

**A.** The plaintiff didn't have sufficient or valuable time or opportunity to see his mother in the hospital during her cancer battle because Amazon willfully, intentionally, and maliciously denied the plaintiff his 56 hours of safe and sick day pay in 2021.

**B.** Vesta Thomas didn't have sufficient or valuable time or opportunity to see her son during her cancer battle because Amazon willfully, intentionally, and maliciously denied the plaintiff Richard Thomas 56 hours of safe and sick day pay in 2021.

**C.** The plaintiff had to use vacation pay, and Unpaid Time to see his mother on September 11, 2021.

**D.** Thomas had to use 10 hours of Unpaid Time on September 12, 2021 to stay with his mother in the hospital.

**E.** 10 hours of UPT was subtracted from Thomas's account on the day of his mother's funeral, and even after he filed a day for bereavement.

## 5. Wrongful Death of Vesta Thomas

**A.** Due to the lack of paid sick days, the plaintiff didn't have an opportunity to be at the hospital with his mother on September 10, 2021. Vesta Thomas had surgery on September 10, 2021 and mysteriously fell off of the radiology table in Bellevue Hospital, and died four (4) days later. If the plaintiff was at the hospital on the day of his mother's surgery, then he could have possibly prevented the malicious and intentional or negligent behavior of medical staff.

**B.** Amazon made sure that they denied employees safe and sick day pay because they wanted their employees to choose work at Amazon over their sick and ailing family members or themselves.

6. **Race Discrimination or skin color discrimination, Sexual Harassment, and Gender Discrimination by Arthur Turner (a black male Safety employee)**

A. On Wednesday October 26, 2022 (10/26/22) at around 2:30 PM, Arthur came behind the plaintiff and assaulted Richard Thomas in the Vendor Returns Department, and scared Thomas by grabbing Thomas by his waist, and squeezing the plaintiff's waist, and then pulling the plaintiff's waist. Thomas, who was pushing around 10 to 15 totes, was frightened, and Thomas jumped and screamed, "Ahhhh," after being frightened.

B. Supervisors Damion and Amina were witnesses to this incident, and Arthur told both of them. **"Did you see the nigger jump; did you see the nigger jump. He was screaming like a girl. I'm sure he was feeling like a girl at that time."**

C. Arthur would have never done this to a white employee and said, "Did you see the cracker jump." "Did you see the honky jump." Did you see the white trash jump." Therefore, this is race or skin color discrimination.

D. Arthur would have never grabbed and squeezed a female employee by her waist. Therefore, this is sexual harassment or gender discrimination.

E. Arthur would have never told anyone in the LGBTQ community that they were feeling like a girl. Therefore, this is gender discrimination, and sexual identity discrimination.

F. Arthur was hiding behind boxes to come behind the plaintiff to scare and frighten the plaintiff while he was working. Arthur is supposed to be a safety employee and he was making Amazon an unsafe place to work. Was he trying to make the plaintiff wet his pants or have a heart attack? Arthur wasn't hardly working. He was talking to everybody, and handing out cakes, cookies, and chips to the employees. And asking the plaintiff, "Why don't you take any of the food that I offer you?" And then called the plaintiff "Mr. Alright."

G. The plaintiff alleges and speculates that Amazon placed Arthur there to watch and spy, contain and control and calm the black employees, and to find out information about the employees, and send that information back to Amazon. And since he can't attain info from the plaintiff because the plaintiff is just saying "Alright," Arthur has a problem with that.

H. This was the second time that Arthur did this to the plaintiff. He started doing this around the previous day. And minutes later after the 10/26/22 incident, Arthur assaulted the plaintiff again for a third time, as the plaintiff was standing by his computer and working.

3

**I.** On Saturday, October 29, 2022 Arthur came behind the plaintiff and assaulted him again by grabbing, squeezing, and pulling the plaintiff's waist. The plaintiff then asked Arthur, "Are you working or feeling men up?" This was the fourth time that Arthur assaulted the plaintiff.

**J.** During safety shoes week (Fall of 2022) Arthur told Richard, "I was waiting for your ass to send you into the room to get written up."

**K.** On another day, Arthur stated, "You have to be smart. Put the safety shoes on. And take them off like the other workers in here. They're going to fire your ass. And you're going to be out there looking for another job." While Arthur was saying all of this, Amazon was allowing all of the white managers to walk around in comfortable sneakers, and telling the black and Hispanic majority to wear uncomfortable and painful hard shoes, and stand up and walk all day for 10 hours per day.

**L.** Thomas showed Arthur all of the white managers, who were just wearing sneakers, and Arthur said, "That's not my job, you need to worry about yourself." Thomas then stated, "That's discrimination." Therefore, this is race or skin color discrimination.

**M.** Arthur was talking about Covid-19 to the plaintiff (around Summer of 2022), and Arthur said, "All of these diseases came from where you're from." Thomas then asked, "And where do I come from?" Arthur sated, "You come from Africa." Thomas stated, "I wasn't born in Africa." Arthur replied, "It doesn't matter. All these diseases came from Africa." Therefore, this is race or skin color discrimination.

**N.** Arthur is abusing his power as a processing assistant or safety employee to threaten the plaintiff with termination and write-ups as he's committing sexual harassment, race discrimination, and gender discrimination.

**7. Race discrimination or Skin Color Discrimination, Sexual Harassment, Gender Discrimination by Edward Andron (a white male employee in Vendor Returns)**

**A.** In August of 2022 Edward Andron was recycling items, and he was dealing with a long purple vibrator, which was in the shape of a penis. Edward unwrapped the vibrator from the box, and he called Thomas, and said, "Hey Rich, this is for you." Thomas replied, "Why don't you show it to, and tell those girls over there?" Thomas pointed to employees Egypt and Diane. Edward replied, "I don't want to lose my job." Thomas stated, "That's sexual harassment; you are sexually harassing me right now." Edward responded, "No I'm not." Thomas stated, "That's what you call same-sex sexual harassment, and you can lose your job for sexually harassing me." Edward stated, "No I can't." Thomas replied, "Yes, you can." This is sexual harassment, and this shows that Edward feels that he can commit these discriminatory acts against Thomas because Thomas is a man, or specifically a black man, and Edward believes that nothing will happen to him.

**B.** On Wednesday, October 19, 2022 Edward (who is usually not at work on a Wednesday) told Thomas, "Stop looking at porn sites." Thomas responded, "What is a porn site; what do people do on a porn site?" Edward responded, "I don't know, but usually one hand is on the mouse, and the other hand is stroking something else.

**C.** Edward refers to multiple women at Amazon as, "She's a cunt."

**D.** Edward tried to step on the feet of Thomas for around seven different (7) times on different days. But on Thursday, October 20, 2022, Edward stated to Thomas, "Come let me step on your shoes. The mental disability club was looking for you." Thomas replied, "Who said that; what's their name?" Edward said, "I don't know his name." Thomas stated. Oh, then it is a man. You always know somebody, who is looking for me in Glamazon or the mental disability club, but you never know their name. Was the man black or white?" Edward said, "He was a Spanish man." Thomas responded, "Oh, you are trying to blame the Hispanics." Edward, then said, "You are one of those. If I said it was a black man, then you would have said that I was trying to blame it on black people." Thomas said, "That is exactly what you are doing."

**E.** Around the Fall of 2022, Edward said, "They have BEN, the Black Employee Network. Where is WEN, the White Employee Network? They have Glamazon, Gays and Lesbians at Amazon. Where is the straight club? **Amazon isn't a place for white straight men.** This is what America is coming to. They have states that allow men to use women's bathrooms. This is what the world is coming to." Thomas opened his mouth and told Edward, "Men can use women's bathroom right here in Amazon." Edward responded, "No they can't." Thomas replied, "Yes they can."

**F.** A few days later, Edward took the plaintiff Thomas to human resources to question about bathroom use of men and women. HR manager Tiffany Ocampo spoke to Edward and Thomas. Edward started talking to Ocampo, and said, "This has political implications, religious implications, and social implications. But can a man use the women's bathroom?" Ocampo responded, "This is not 20 years ago. And a man can certainly use the women's bathroom." Edward then asked, **"And he doesn't have to be dressed like a woman?"** Ocampo answered, "Yes." Edward then points at Thomas with his right thumb, and asked Ocampo, **"Do you mean that a man looking like him, can actually walk into the women's bathroom?"** Ocampo responded, "If an employee feels like a woman, then it's perfectly fine for them to use the women's bathroom." Edward then looked at the plaintiff, and asked, "So Richard, do you feel like a woman?" Thomas replied, "This is not about me, you wanted to know if men could use the women's bathroom, and you got your answer." Edward continued to ask in front of HR

manger Ocampo, and Ocampo didn't do anything to stop his discriminatory questioning, as Edward asked, "But do you feel like a girl?" Thomas replied, "I am just human. You are the one, who wanted to know if men could use the women's bathroom. Not me." Instead of Tiffany Ocampo stopping Edward's discriminatory questioning, Ocampo began to aid and abet discrimination, and she asked the plaintiff, "What do you identify as?" Thomas replied, "I am just human." Ocampo made no effort to correct Edward, and she joined forces with Edward to aid and abet gender discrimination or sexual identity discrimination.

G. Edward made multiple racist statement towards the plaintiff and other workers, when they wore shirts with pictures of black people or black culture. Thomas had a picture of his father on his shirt and Edward asked Thomas, "Is that Zulu man or Kunta Kinte, and then Thomas told Edwards, "This is the picture of the man, who built America." Edward stated, "That doesn't look like Christopher Columbus." Edward made fun of a black female employee's hair with locks, and told her that she looked like a particular white rock star with spikes in his hair. And told her, "Here you go again with your shirts." And another black woman had a marijuana image on her shirt, and he called Cathy Cannabis and Rose Mary Juana.

H. On November 3, 2022 Edward told the plaintiff, "Everybody knows that you're out. Everybody knows the truth. You are the only one that's in the closet. There's nothing wrong with those people, who are on the other side of the spectrum." Thomas then asked, "Are you being homophobic?" Edward replied, "No." Thomas, then stated, "You are being homophobic. You are talking like being gay is a disease or an illness that people have." Edward then stated, I've worked with a lot of gay people, and I've gotten along well with them." Thomas responded, "There are a lot of gay people, who buy from Amazon. And when you get your paycheck, you don't say here's the straight dollar and here's the gay dollar. Let me put my straight dollars in my pocket, and let me throw away the gay dollars."

**8. Race or Skin Color Discrimination by Fredrick (Hispanic Processing Guide in the Ship Dock department)**

A. In 2021, Fredrick told Thomas, "**You'll be working in the truck with another nigger.**" Thomas shouted at Fredrick, and shouted, **"What did you just say?"** Fredrick, then said, "You will be working with another guy in the truck." When Richard walked into the truck, he saw that there was another black man in the truck.

B. Fredrick isn't using a derogatory term towards Hispanic employees – like spic. He isn't using a derogatory term towards white employees – like honky, white trash, or cracker. But he can call black employees – nigger.

6

9. **Race or Skin Color Discrimination by Paola (supervisor in Trans-ship Department in December 2020 & January 2021)**

   A.  Thomas was told on 5 occasions to work in another department (the ship dock).

   B.  Thomas was in the trans-ship department during December 2020 and January 2021.  And he was told by Paola and Santiago to work in the ship dock area.  He was told along with a Hispanic man and a Bangladeshi man to go to the ship dock area, and an African water spider employee.  Thomas looked around and Paola left three (3) white employees in the trans-ship department.  Thomas thought about this as being discrimination, but didn't say anything.

   C.  It happened again on a second day.  Thomas didn't say anything, but it solidified his thoughts of race or skin color discrimination.  But Thomas said that he was going to open his mouth if it happened again.

   D.  It happened for the third time.  And when Paola told Richard on that to go to ship dock, Thomas shouted, **"What happen!  The white people don't work over there."**  When Thomas said that, Santiago and other workers said, "Richard is being racist."  Thomas replied, "You better call me a racist.  The white workers get to stay in here, and the black and other colored employees have to go to the ship dock and do more work."  One of the white employees (Demi) said that she was going to report Thomas to HR.

   E.  On the fourth day.  Thomas was working in trans-ship.  And the work on his conveyor belt stopped coming.  The work, then increased on the white workers lane.  And a Hispanic man asked, "What's going on here?"  He scanned the work on the white workers lane.  And it was the work that was previously coming down the plaintiff's lane.  The Hispanic worker said, "Paola is switching the lanes."  The Hispanic worker took Thomas to the Hispanic worker's computer, and he showed Thomas what Paola was doing.  Paola was diverting the work from the plaintiff's lane to the white employees' lane.  Thomas shouted at the Hispanic worker, **"I told you I ain't stupid."**  The Hispanic man looked at Thomas and told Thomas, **"I ain't stupid."**  Then after that, Paola called Lin (supervisor) on the walkie talkie, and told him to get Richard because Richard wasn't working.  Paola didn't want to tell Richard to go to ship dock because he opened his mouth on the previous day about the white people not going to the ship dock.

   F.  Then Santiago and Paola retaliated and tried to transfer Richard out of the trans-ship department.  Santiago got his friend that was supervising in the flats department to get Thomas trained for the flats department, and Thomas refused, and Santiago's friend told Thomas, "I am disappointed."  And then he gave Thomas a look filled with animus and hatred.

**G.** On the fifth day (a Saturday), it happened again. Thomas opened his mouth, and told Santiago, "I ain't going anywhere. Paola is in here switching the lanes to the white workers, so that it looks like the black workers are not working. And then when I asked if the white workers don't work over there, y'all wanted to call me racist." Santiago, then stated, "Are you claiming racism?" Richard shouted "Yes." Santiago told Richard, "Don't scream at me. You need to speak to Justin." Richard replied, "Don't tell me to speak to Justin, tell Justin to speak to me." Paola came over to Thomas and asked him if he wanted VTO (Voluntary Time Off). They wanted Thomas to go home without pay.

**H.** Justin never spoke to Richard, and they never wrote up the incident or contacted HR. They are supposed to write-up productivity problems, employee problems, insubordination, and other incidents. But when management is committing discrimination, none if this is written up.

**I.** Paola was racially discriminating against the plaintiff, and also using Amazon's software or technology to commit racial or skin color discrimination against the plaintiff.

## 10. Amazon Committed Race or Skin Color Discrimination in Knowingly and Intentionally Infecting the Plaintiff with Covid-19

**A.** Amazon failed to follow city, state, and federal rules, and CDC protocols as they had a majority black and Hispanic workforce inside of Amazon in the ship dock area, who were packed up like sardines inside of Amazon, and were not standing at 6 feet of distance.

**B.** The plaintiff attained COVID-19 in January of 2021, along with the majority of black and Hispanic employees. As he was forced to work in the biggest COVID sweat shop in America. As he was packed up with workers on the lanes, and saying, Excuse me, excuse me, excuse me." And the white workers could avoid ship dock, and stay in the trans-ship department because they claimed that they have COVID concerns. Black employees also had COVID concerns, but the black employees had the darker skin complexion, and the white employees had the lighter skin complexion.

**C.** Amazon had a fake social distance team in the front of the building, but there were no social distance team in the back, where the ship dock was, and there were no COVID rules. People were unmasked and packed on lanes. They were moving Richard on lanes with 10 to 20 people on the lanes.

**D.** During one day of work, Richard was talking to an African man in the front. And the fake team told Richard, "6 feet guys, 6 feet guys." The African man

then shouted, **"Go back there, go back there.  Get the fuck out of here with your bullshit.  They telling us 6 feet in the front, but we are packed up in the back to get packages out."**

## 11. Amazon Committed Religious Discrimination

A.  The Plaintiff was denied religious accommodation for the COVID-19 vaccine.  The plaintiff was denied accommodation for around a month (during December 2021 to January 2022).

B.  The plaintiff's badge was shut down, and he had to go back outside and go through another entrance like if he was living in the pre-civil rights act of 1964 America.  Other employees had already been approved because their religion was Christianity or Judaism.  The plaintiff was not approved because, he indicated that his religion was America.

C.  An Amazon employee by the name of Joshua Jones denied the plaintiff's religious accommodation request over a 19-minute phone conversation, as Jones continually told Thomas, "America is not a religion that is recognized by the United States of America."  Jones told Thomas to change his religion, and fill out another religious accommodation form.  Jones continued to tell Thomas, "America is not a religion that is recognized by the United States of America.  It's not a religion like Christianity, Judaism, or Islam, which are religions that are recognized by the United States of America."

D.  Richard sent back the same form with America as being his religion, and he had to worry about being fired throughout this entire period.  It was eventually approved after Amazon claimed that they reviewed Title 7 of the constitution.  But was asked to give detail about his religion.  When other people did not have to go through any of this.  Thomas was pulled off of the floor by HR, and sent into a room to speak to an Amazon employee over the phone.

E.  Amazon easily approved a man that told them, "Christianity is my religion, and my body is a temple, and God told me, 'Don't put any vaccines in the temple.'"

## 12. Race or Skin Color Discrimination and Gender Discrimination committed by Area manager, Justin Picciano

A.  On Wednesday, December 21, 2022, Justin told Thomas that his rate was too low.  And this is the third time that he did this.  And he gave Thomas a write-up.

B.  In this incident, he broke down the minutes of when Thomas worked, took breaks, and went to lunch, and used the bathroom.  This involved the day of Tuesday,

December 20, 2022. On that incident, Thomas had to run from chemicals that exploded out of a box, and spilled on him. And this is not the first time. Once, bleach opened up and spilled on Thomas, and another time chemicals spilled on his shirt.

**C.** He then started to talk about my bathroom use, and told Thomas that the 12-minute break was excessive. And stated, **"I will give you the 12 minutes, but if you use the bathroom to do a number two [defecate], then you shouldn't be sitting on the toilet for no more than 5 to 10 minutes to do a number 2."**

**D.** This is gender discrimination and even sexual harassment and race discrimination. Because Justin would have never told this to a white person in Amazon. Justin would have never told a woman in Amazon about her bathroom use or sitting on the toilet. He would have never told a woman about the time she takes to do a number 1 [urinate] or a number 2 [defecate]. He would have never told a woman about the time it takes to change her maxi pad or her tampon. And the time it takes to lactate breast milk. He can't tell anybody in the LGBT community about what bathroom to use, but he can tell a black man about the length of time to execute his bodily functions. He can't tell someone in the LGBT community, "Since you were born a male, and you identify as a woman, you only can use the female bathroom for 5 to 10 minutes." But he can tell a black man that he can only defecate for 5 to 10 minutes on the toilet.

**E.** Justin also told the plaintiff, "Your rate wasn't the worst in the building, it was the worst in all of the three buildings of Amazon. It wasn't just JFK8, you had the lowest rate in all of the three buildings. Your rate was lower than everybody in all of the three Amazon buildings." Thomas then told Justin, "I don't know that. That is what you are saying." Justin then told Thomas, "Trust me, it was." This is the third time that Justin told the plaintiff that his rate was the worst in all of the three buildings.

**F.** Justin then threatened the plaintiff with termination, as he said "This is your first write-up this month. And, if you get a second write-up within the month, the next write-up is the final write-up."

**G.** How could the plaintiff have the lowest or worst rate in all three Amazons with over 9,000 people? There are employees, who are deaf, blind, physically disabled, have a walker, in a wheelchair, pregnant, can't read, write, or speak English, elderly, and they are high, drunk, snorting cocaine in the bathrooms, and have Amazon injuries, and Richard Thomas is the luckiest employee, who always has the worst rate in Amazon. **Richard Thomas doesn't have the worst rate in Amazon. Richard Thomas has the worst skin color in Amazon.**

10

**H.** Justin has his friends inside of Amazon, who doesn't do any work. And his managers and processing assistants and processing guides, who don't do any work. And the friends, and girlfriends and boyfriends of these managers and supervisors and people of the same nationality and race, who don't do any work. While the regular employees have to be victims of discrimination inside of Amazon. These other workers are labor tracked. While the terrorists, harassers, discriminators, and abusers go out there and terrorize, harass, discriminate, and abuse the subordinates. Management can text all day, draw pictures, surf the web, walk around and talk with women with tight shirts, tight pants, and tight skirts, and those female employees don't have to work because the plaintiff alleges and speculates that the managers and supervisors are seeking or are currently having sexual relationships with the women, who don't have to have a work rate inside of Amazon. They have to have a sexual rate outside of Amazon, or give financial kickbacks or are just friends with management, which is corruption. Therefore, the other workers have to have a higher rate to make up for the fake workers, who have one-hour and two-hour breaks and talk all day, and do no work.

## 13. Retaliation and Race or Skin Color Discrimination committed by Isabel Sutnick

**A.** On Friday, December 30, 2022 Isabel Sutnick retaliated against Thomas after he filed a complaint against Justin Picciano on December 25, 2022. Isabel claimed that Thomas had a low rate on December 22, 2022, and had an argument with Thomas for around an hour. And gave Thomas a second write up. And went around to another supervisor to find out if Thomas did any work in their department. The computer was full of work, but she was pushing the supervisor to give her something to fire the plaintiff for.

**B.** Thomas told Isabel to check the cameras, and Isabel came back, and said she checked it, and she said that she didn't see the plaintiff on the cameras. Amazon's magical cameras can catch black employees stealing, but they can't catch black employees working.

## 14. Post complaint and Lawsuit Retaliation and Racism, and Aiding and Abetting Retaliation and Racism by Raymond Roach (General Manager), Isabel Sutnick (Manager), Justin Picciano (Manager), Danilo Castro (Manager)Vitali (Manager), Ayana (HR Manager)

**A.** On Friday, January 13, 2023, Isabel Sutnick contacted Damian to tell Richard Thomas to be a water spider. For two (2) hours Thomas had to do laborious work. This was done in retaliation to punish Thomas for filing a complaint against Justin and having an argument with Isabel. Thomas is not a water spider. There are plenty of water spiders in Amazon, but Isabel used this deceitful, devious, and malicious act against Thomas to retaliate against him. Isabel saw all the pallets of work and she decided to punish Richard for filing a complaint against Justin and

having an argument with her.  Thomas who was working in the vendor returns department and he had to leave what he was doing and do the work that Isabel said to do in the trans-ship department.  While the other workers in the vendor returns department continued to do their work.  Damian told Thomas that somebody was going to finish Thomas's work, but when Thomas finished in the trans-ship department, Thomas went back to the vendor returns department and he had to complete the work that he was previously doing, and nobody was staffed to complete the work.

**B.**  On Saturday, January 14, 2023, Damian told Thomas to go to the ship dock department, and when Thomas went there, there was a lane with no work and a lane with somebody with a scanner working on that lane.  And Thomas said, "Y'all trying to set me up."  And Thomas went to another lane.

**C.**  On Thursday, January 19, 2023, Justin Picciano and Richard Thomas got into an argument.  Processing Assistant Damian told Thomas to go to lane 110.  When Thomas went there, there was a little bit of work.  And Thomas said that this was a setup.  Thomas was already on a second write-up and Justin sent Thomas to that lane because they are trying to set Thomas up to get a third write-up, in order to be terminated.  Therefore, Thomas was being sent to a lane with a little bit of work, and it would indicate that Thomas has a low work rate.  Therefore, Justin was retaliating against Thomas because Thomas filed a complaint against Justin.

**D.**  Thomas then went back to the vendor returns department.  And Thomas was the only person who was told to go to the ship dock.  While around 5 employees got to stay in the vendor returns department.  Thomas was the only person in the vendor returns department, who filed a complaint against Justin.  Thomas was the only person, who filed a lawsuit against Amazon and the CEO of Amazon.  And Thomas was the only person, who filed a complaint against Amazon for not paying employees sick day pay.

**E.**  Justin was retaliating against Thomas, by telling Damian to instruct Thomas to go to the ship dock.  After Thomas left the ship dock, Justin went after Thomas and was hunting Thomas down inside of Amazon.  When Justin caught up to Thomas, Justin asked, "Where were you staffed."  Thomas said, "I was told to go to lane 110.  This is retaliation.  I filed a complaint against you and you are coming after me.  This is retaliation.  I'm the only one who was told to go to the ship dock, and I'm the only one who filed a complaint against you."

**F.**  Thomas told Justin, "I received two write-ups in the same week – December 20th and December 22nd; the Tuesday and the Thursday."  Justin then said, "That's impossible, because the system only generates a low productivity rate once a week.  Or on a weekly basis.  It's not on a daily basis.  There's no way that you got two write-ups in the same week."  Thomas then stated, "That proves that y'all are retaliating."  I was written up on December 20th and December 22nd.  The Tuesday

and the Thursday. And Isabel wrote me up after I filed a complaint against you and she went around asking a supervisor if Richard does any work in their department. She showed the laptop with my work, and it was full of work that I did, and the supervisor was wondering what was wrong with her. She was trying to get me fired. I never talked to that woman before, but now she's calling me to move all the pallets in trans-ship for two hours. And calling me to work in ship dock, and you are calling me to work in ship dock. This all happened after I filed a complaint against you, and had an argument with Isabel, and filed a complaint against Isabel."

G. Thomas continued by saying, "You're a racist." Justin stated, "My father is black and he's darker than you. My dad is Trinidadian. You could take me to HR and any room with a higher manager. I am not racist. I encourage you to take me to HR." Thomas responded by saying, "This whole company is racist. Amazon is a racist company." Justin then asked, "Everybody is racist?" Thomas said, "Everybody isn't racist, but the majority of people in Amazon are racist." Justin replied, **"You're trying to blame Amazon for what's happening in a world of 8 billion people."** Thomas said, "That has nothing to do with what's going on inside of here. This is a place of employment, and it shouldn't be happening in here. How did I get two write-ups. Eddy, who is white – can't even get his first write-up. Because he stays here in the vendor returns department, and if there is no work here, he goes to the donations department, where he doesn't do any work, and he is just labor tracked. Everybody, who is black or Hispanic has to go to the ship dock or trans ship. But Eddy doesn't have to go. He even tells us, 'I'm not going to ship dock and I'm not going to trans-ship. I'm going to donations.' And then he gets the computer, and he goes over to donations. He as a white man, gets to do what he wants to do in this company, and the black and Hispanic people have to follow the orders of management, and work where they are told to work. This has happened to me in other departments in Amazon, where the black people have to do the majority of the work, and go where the managers tell them to go, and the white people don't have to work or they do less work or they go to whatever department that they want to. Look at what y'all are doing right now, both of y'all are standing in front of me and telling me to go to ship dock. Y'all are standing in front of this black man, and telling him where he must go. You are hunting and chasing me down in here to tell me to go to ship dock. Chase and hunt down Eddy, and tell him that he must go to ship dock. The same way that you are hunting down this black man, and telling him where he must go, hunt down that white man, and tell him where he must go."

H. Thomas told Justin about what he said in the complaint by telling Justin, "I reported how you told me that I have the worst rate in all 3 buildings. And I said, 'I don't have the worst rate in all 3 buildings, I have the worst skin color in all 3 buildings.' All of this is done because I'm black." Justin sated, "I am half Black, my father is black." Thomas replied, "That doesn't mean anything. Black people

hate black people.  Black people can be racist against other black people." Justin then shouted, **"I am appalled.  I am fucking appalled. You know what I am? I am fucking appalled.  How would you like it if somebody called you a racist.  This is fucking appalling."** Then Justin told Damian, "I don't want don't want Richard back there, give me somebody else."  Justin left, and Damian never sent anybody back to the ship dock.  This proves that Justin was retaliating against and harassing Thomas.  They never needed anybody back there, because there wasn't hardly any work coming down.

I.   On Friday, January 20, 2023, Manager Garrek Wierzba told Thomas (a black man) and Rose Mary (a black woman) to go to work in the ship dock department.  Eddy Andros (a white man) was working in the donations department, and Garrek never told Eddy to go to work in the ship dock department.  Thomas then asked Garrek, "Excuse me, may I ask you a question?"  Garrek replied "Yes."  Thomas asked, "Are you also going to tell Eddy to go to the ship dock?"  Garrek answered, "I know that it seems very concerning and unfair, but to tell the truth, Eddy has a back problem, and he's on accommodation and we really wanted him to go to the ship dock today, but his back was flaring up."  Thomas responded, "Thank you very much."  And Garrek moved away.  Eddy is no longer on accommodation, and if he was on accommodation, then he wouldn't be working in the vendor returns department, he would be sitting down in the chair and table section with the other injured, disabled, and pregnant employees.  The totes are heavier than the boxes on the ship dock and Eddy is picking up the heavy totes in vendor returns.  Eddy said that he's not working in the ship dock or the trans ship department, and his accommodation is because he's white.  Eddy no longer had a back injury accommodation, as Eddy told Thomas and the other workers, and he was reinstated back in the vendor returns department to work.  Eddy had a skin color accommodation, which is the practice of Amazon, which allowed white employees to do less laborious work, and have a choice to choose where they wanted to work.  As the black and Hispanic employees were forced and mandated to work in the back of Amazon in the ship dock or trans ship department, and were angry about Amazon's discriminatory practice and the Jim Crow laws inside of Amazon, which allowed Eddy to stay in the front of Amazon in the vendor returns and the donation department.  The managers and supervisors told Richard constantly: "Go to the back."  "They need you in the back."  Thomas would tell them, **"The same way that you are telling a black man to go to the back, tell that white man to go to the back.  Tell Eddy to go to the back."**

J.   On Friday, February 3, 2023, Manager Isabel Sutnick told Thomas to go to lane 105.  Isabel said, "We zeroed out vrets (vendor returns), and you can go to lane 105."  Thomas looked around and everybody else was still working.  So, Thomas stayed to complete his work.  And two managers came to ask what Thomas was doing.  Thomas answered, "Multis."  Isabel then came back to tell Thomas to go to lane 105, and Thomas told Isabel, "I'm finishing my work."  Isabel responded,

"You can drop everything." Thomas went back and the lane didn't have much work on that side." This is a tactic that Isabel and the other managers and supervisors were using to get Thomas written up because there wasn't any work back in the ship dock department.

K.  On Saturday, February 4, 2023, Thomas was on a lane in the ship dock department, and he went to the bathroom and when he came back, Isabel told him that his rate was low, and then told him that all the packages on his side was his. Thomas said, "No." The female employee on the other side has vision problems and she's pushing everything on Thomas's side. Then Isabel told Thomas to also open the other computer station. Therefore, Thomas was supposed to work on two work stations. Thomas then shouted, "I'm doing my work." And Isabel walked away. Isabel didn't tell the woman on the other side to do her work, and stop pushing the boxes on Thomas's side. Isabel then got supervisor Lin to confront Thomas after break, and Lin told Thomas, "Your rate is low for this lane because the work is picking up, so we would like for you to go to lane 127." Thomas told Lin that he wasn't interested in moving. And Lin still waited for Thomas to move. This is one of the flaws in the direct palletizing computer system. More Work is coming down for certain people or stations or sorts and the other people have to suffer or be victims of their flawed system with a lower rate. Lin continued to wait and he asked Thomas to go lane 127. Thomas shouted, "You can tell that to everybody else up in here." Thomas opened another station on the lane and his rate increased. But this is what Amazon does. They send Thomas over to the ship dock area, and when he is over there, management is oppressing him and telling him to go to different lanes, when they are not telling the white people to go to the ship dock area, and they are not telling their friends or the individuals, who they are involved in sexual relationships with or seeking a sexual relationship from. Amazon's work is based off of race and sex discrimination.

L.  On Wednesday, February 15, 2023 area manager Danilo Castro came to Thomas and told Thomas that he received a third write-up.

M.  On Thursday, February 16, 2023, Thomas wanted to file an appeal to the third write-up, and file a retaliation complaint but an HR manager (Esther) wrongfully told Thomas that he couldn't appeal the third write-up, and she told Thomas to go back to work because he had a low productivity write-up, and told him that he would have to file a retaliation complaint on the "A to Z" website or App. Then later stated that she misunderstood what Thomas was saying, which was after Thomas reported what she said. Thomas wanted to file the appeal and the complaint, but Danilo was seeking to staff Thomas to work instead of dealing with the discrimination, which was happening to Thomas.

**N.** On, Friday February 17, 2023, Thomas was retaliated against, racially discriminated against, and harassed for around five (5) hours by mangers Danilo Castro and Vitali, general manger Raymond Roach, and HR manager Ayana to back to the ship dock area. Thomas refused, and told management that this was discrimination and retaliation, and he had a right to oppose discrimination, retaliation, racism, and harassment. Management continued to harass Thomas, and threatened him with termination, and multiple times told him that he was committing insubordination and terminated. Thomas told all of these individuals that he was called a nigger, and gay, and sexually harassed, and called a woman, and management and HR is nowhere to be seen. But when management retaliates against a black man, and commits discrimination, HR and the general manager can be found to tell him to go do the work, but they can't tell white employees to do that work that they are telling black people to do, and they can't take complaints of discrimination or stop discrimination inside of Amazon. Thomas told them, "This is harassment." And they eventually stopped after around five (5) hours of harassment.

**O.** On, Saturday, February 18, 2023, Thomas went to work, and his badge wasn't working, and HR eventually told him that he was suspended with pay due to the investigation, and told him not to return to the site, and that he will be contacted by someone.

**15. Amazon and Its Managerial Team Committed Racist Acts by Mandating, Allowing, Aiding and Abetting, and Knowingly Promoting Racism within Amazon**

**A.** Amazon mandated that black employees be placed in positions or staffed at areas to have a work rate tied to their employment status, which can lead towards termination.

**B.** While white workers didn't have their employment status tied to a productivity work rate, as the white workers were labor tracked, and their job status was safe, and not at risk of termination. As employees like Eddy and other white employees like Demi didn't have to palletize in the ship dock. Demi threatened to report Thomas to HR after he exposed Amazon's racist employment scheme. And Demi is the same employee, who ran a pallet and pallet jack over Thomas's foot, and she shouted at Thomas, **"Move the fuck out of the way."** Demi is the same employee involved a federal case with Amazon, where a black employee was protesting about the unsafe working conditions at Amazon, and Demi got in an argument with the black employee outside of Amazon, and Amazon fired the black employee, and kept Demi.

**C.** Amazon fired a black employee after he was pushed and called a nigger inside of Amazon. And the former employee filed a lawsuit against the company, as it was in the State Supreme Court and the Federal court. And Amazon kept the employee, who committed the discrimination and the assault.

**D.** Amazon kept a white man, who was attacking employees and they kept him until he bloodied a white manager with a broom stick. He was banging on HR's window, and he hit an employee with p-slip machine. After he bloodied manager, around 13 police officers had to carry him out, and days later he went back to the police station, and threatened the police, and showing a device, and saying that he had a bomb.

**E.** A black woman was attacked inside of Amazon, and Amazon placed her on two weeks paid suspension, and then they fired her.

**F.** Amazon terminates the black victims and keep the attackers, abusers, assaulters and discriminators, who are mostly white or other if they attack or discriminate against black people.

**G.** Amazon has Justin going around and cursing at Thomas, and he is inside Amazon and cursing and black and Hispanics and black and Hispanic women. While three Hispanic women were inside of Amazon, Justin went up to them and pointed to each of them, and shouted, **"Fuck You, Fuck, and Fuck You."** And other black and Hispanic workers say that he is always telling them **"Fuck You."**

**16. Wrongful Termination:**

    **A.** The defendant Amazon wrongfully terminated the plaintiff Richard Thomas on or around April 8, 2023.

    **B.** The plaintiff Richard Thomas was wrongfully terminated because of his race or skin color, retaliation (for filing a lawsuit and multiple discrimination complaints), sexual harassment or gender discrimination, and disability discrimination.

**17. Retaliation through Suspension and denying and removing vacation and personal time benefits:**

    **A.** The plaintiff was suspended for around six weeks, and most of his benefits were denied, removed, or taken away.

**18. Retaliation for Filing Lawsuit, Retaliation for Filing Complaint with the NYC Department of Consumer and Worker Protection, Amazon Retaliating Against the Plaintiff and Being in Contempt of Court pursuant to an EDNY Court Order**

    **A.** Amazon implemented increased retaliatory acts upon the plaintiff after the plaintiff filed a lawsuit and other complaints against the defendants, and their retaliatory acts reached a peak when the defendants wrongfully terminated the plaintiff.

    **B.** Retaliation for filing a complaint with the NYC Department of Consumer and Worker Protection (formerly Department of Consumer Affairs), and retaliation for informing management about the violation and informing co-workers about the complaint the

plaintiff filed for Amazon's failure to give workers the necessary sick days in New York City or specifically the necessary sick-day hours.

**C.** **Amazon is in contempt of a cease-and-desist order:** "On November 18, 2022, **Judge Diane Gujarati** of the United States District Court for the District of Eastern New York **issued a Section 10(j) injunction against Amazon.com Services LLC** directing Amazon to cease and desist from discharging employees, and from engaging in any like or related conduct, in retaliation for employees engaging in protected activities."

**D.** The plaintiff Richard Thomas engaged in protected activities and was retaliated against and was wrongfully terminated.

## 19. Disability Discrimination – Violation of the NYSHRL and the NYCHRL

**A.** The plaintiff Richard Thomas is blind in one eye and was harassed to do more work than other workers, and was forced to have a higher rate of work than other workers, who were more capable to do the work, and were not blind in one eye.

**B.** Amazon management wanted Thomas to have an increased rate of work, when Thomas doesn't even have vision on his right side. And the plaintiff Thomas has to be careful with what he does throughout his daily life. As Amazon had a high injury rate, and unsafe working conditions, where employees fell over pallets, attained punctured veins, were injured by falling boxes, and they (including the plaintiff) were victims of exploding bleach bottles and other chemicals when the packages came down from the conveyor belt above employees' heads, and as the plaintiff was a victim multiple times, he was told by Isabel Sutnick that Amazon will continue to ship out bleach, no matter what the plaintiff says. Manager Justin, just gave Thomas a new shirt, and he had to continue working or other times, he had to get new gloves.

**C.** While Amazon used their oppressive and discriminatory tactics on the plaintiff, Amazon management made sure that their friends, and the white workers, and the workers with vision in both eyes didn't have to work as hard as Thomas, or have a work rate like Thomas, as these other workers had cushy jobs, and did less work than Thomas, and were not watched, criticized, surveilled, harassed, and oppressed by management.

**D.** Thomas was retaliated against by Isabel Sutnick, as Thomas was forced to load numerous pallets for around two hours, when Thomas is not even supposed to move and load pallets, when he's blind in his right eye, and has no vision on his right side. And was forced into an unsafe working condition, which placed the plaintiff and other workers in harm's way.

**E.** Thomas was placed in an unsafe working condition as he was placed in tight working conditions, where the plaintiff is 6'2" and over 300 lbs. and is blind in one eye, and was placed in tight and congested work areas, where he was hitting his head on television or

computer monitors on multiple occasions (around 4 times). Thomas made management aware of the incidents on multiple occasions, and nothing was done about it.

**F.** Thomas had to do work in oppressive and unsafe conditions and walk through lanes that he could not fit in. Thomas had to work at a higher speed, and forced to walk over pallets, walk sideways between columns and conveyor belts, or pallets and carts.

**G.** Amazon started to make the print on the labels of the packages and boxes smaller, and the plaintiff complained to manager Justin Picciano, and other managers about not being able to see the smaller print, and Justin stated that it was for customer privacy. Justin was cursing at the plaintiff during this complaint, and then asked the plaintiff, "Do you have problems with your vison?" Thomas responded, "I don't have to tell you if I have problems with my vision. I can't hardly see this print, it's too small, and I'm straining my eyes to see the label."

**H.** The plaintiff Thomas also told manager Danilo Castro, "If I'm not capable of doing this work, then Amazon places employees in departments, where they are capable of doing the work." Danilo told Thomas that Amazon doesn't do that. And Thomas had to stay at that worksite. Thomas told Danilo Castro that the workers, who were not capable of hitting the rate were place to push carts or place in other departments. But Danilo Castro stated that Thomas had to stay in the site that he was harassed and forced to work at. Thomas worked at Amazon for around three years, and Thomas is now no longer capable of doing the work after he filed a lawsuit against amazon and multiple complaints.

**I.** The plaintiff Richard Thomas, who is blind in one eye was assaulted and sexually harassed by Arthur Turner, on multiple occasions, and was called a nigger and a girl, as Arthur Turner sneaked behind the plaintiff on multiple occasions to frighten, startle, embarrass, humiliate, insult, harass, oppress, harm, and endanger the plaintiff. Amazon aided and abetted all of Arthur Turner's acts as management was fully aware of what Turner was doing, as Turner continued to place the plaintiff in an unsafe working condition, while Amazon supervisors were present, and either laughed or went along with what Turner was doing.

**20. The Plaintiff(s) seek the following damages for Richard Thomas and the estate of Vesta Thomas:**

    A. Negligence
    B. Race or skin color Discrimination
    C. Retaliation
    D. Gender Discrimination
    E. Sexual Harassment
    F. Sex Identity Discrimination
    G. Disability Discrimination
    H. Adding more suffering to a cancer patient
    I. Wrongful death
    J. Pain and suffering of Vesta Thomas (intentional and negligent)

K. Emotional distress of Vesta Thomas (intentional and negligent)
L. Emotional distress of Richard Thomas (intentional and negligent)
M. Compensatory Damages
N. Front pay & back pay
O. Wages
P. The plaintiff seeks damages against Amazon.com Services LLC, Amazon.com, Inc., Jeffrey P. Bezos (Executive Chair) Andrew R. Jassy (President, CEO and Director of Amazon.com, Inc.), Ayanna Byrd (Human Resources), Danilo Castro (Manager), and Raymond Roach (Director) for Aiding and Abetting Discrimination, Retaliation, Racism, Sexual Harassment, Gender Discrimination or Sex Identity discrimination, and disability discrimination
Q. Aiding & Abetting a Misdemeanor in not Paying Sick Day Pay
R. Safe & Sick Day Pay
S. Vacation Pay
T. Holiday Pay
U. 401k or retirement Pay
V. Personal Time
W. Additional damages
X. Hostile Work Environment
Y. Wrongful Termination
Z. Punitive Damages
AA.    Injunctive Relief
BB.    Preliminary Injunctive Relief (Reinstatement and more…)

**21. By reason of the facts and circumstances stated above, The Defendants have violated the New York City Human Rights Law, NYC Admin. Code § 8-107 *et seq*., New York State Human Rights Law, NYS Exec. Law § 291-2, NY Consolidated Laws, Labor Law, CHAPTER 31, ARTICLE 6, section 198, NY Labor Law chpt. 31 Art. 20-c sect. 740 (Retaliation), NY Labor Law 215 (Retaliation)**

**22. Injunctive Relief** preventing and prohibiting the Defendants from engaging in present and future unlawful and discriminatory practices.

**23. Injunctive Relief** seeking to attain sick day Notices

**24. Injunctive Relief** seeking to add sick days on pay stub

**25. Compensatory Damages** for all expenses and money to compensate the plaintiff(s).

**26. Punitive Damages** for the malicious disregard of the decedent's (Vesta Thomas) rights and life, and for the defendants' failure to provide protection from injuries, discrimination, and all unlawful acts. And for the malicious disregard of Richard Thomas's rights. And the defendant's failure to provide protection from discrimination, retaliation, and all unlawful acts. **And the plaintiff asks the court to award punitive damages in the amount that this Court deems just and proper.**

**27. Preliminary Injunctive Relief** seeking reinstatement of the plaintiff Richard Thomas to his position together with compensation (including back pay) and restore the terms, conditions, and privileges associated with his employment.

**Verification of
Complaint**

The foregoing pleading is true to the knowledge of the deponent Richard Thomas, except as to the matters therein stated to be alleged on information and belief, and that as to those matters, he believes it to be true.

By: _Richard Thomas_

Richard Thomas
Pro Se Plaintiff
158 Linden Blvd. Apt. 9
Brooklyn, New York 11226
(718) 287-8520

_Richard Thomas_
Signature

_Richard Thomas_
Print Name

_December 19, 2023_
Date

Sworn to before me this
_19_ day of _Dec_ _____ 2023

_____
Notary Public

SHAKA A MCLENNON
Notary Public - State of New York
NO. 01MC6415610
Qualified in Kings County
My Commission Expires Mar 22, 2025

22