UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
RICHARD THOMAS,

                Plaintiff,                          JUDGMENT

    v.                                            23-CV-01271 (HG) (JAM)

AMAZON.COM SERVICES LLC,
AMAZON.COM INC, and ANDREW R.
JASSY,

                Defendants.
----------------------------------------------------------------X

       An Order of the Honorable Hector Gonzalez, United States District Judge, having been filed on January 21, 2025, granting Defendants' motions to dismiss, *See* ECF Nos. 29, 45, 60; dismissing Plaintiff's Wage and Notice claims, *see supra* § I, without prejudice; dismissing Plaintiff's remaining claims with prejudice; certifying pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and denying *in forma pauperis* status for purposes of an appeal, *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962); it is

       ORDERED and ADJUDGED that Defendants' motions to dismiss are granted, *See* ECF Nos. 29, 45, 60; that Plaintiff's Wage and Notice claims, *see supra* § I, are dismissed without prejudice; that Plaintiff's remaining claims are dismissed with prejudice; that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for purposes of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

Dated:  Brooklyn, New York                                    Brenna B. Mahoney
         January 28, 2025                                      Clerk of Court

                                                            By:    <u>/s/Jalitza Poveda</u>
                                                                         Deputy Clerk